# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09mj66

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| HOWARD WILLIAM LEDFORD. | ) |
| _____ | ) |

**THIS MATTER** is before the court upon defendant's Motion to Delay Reporting to U.S. Bureau of Prisons. Having considered defendant's Motion to Delay Reporting to U.S. Bureau of Prisons and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Delay Reporting to U.S. Bureau of Prisons (#29) is **GRANTED,** and reporting for service of defendant's sentence of incarceration is delayed until August 1, 2010.

Signed: February 16, 2010

_____
Dennis L. Howell
United States Magistrate Judge